# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLEGIUM PHARMACEUTICAL, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 18-1900-LPS |
| ) | |
| v. ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) ss.
NEW CASTLE COUNTY    )

Christine D. Haynes, being duly sworn, deposes and says:

1. I am a member of the Delaware bar and an associate in the law firm of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, and counsel to Plaintiff Collegium Pharmaceutical, Inc. in the above-captioned action.

2. On December 5, 2018, Karen E. Keller of Shaw Keller LLP agreed to accept service and did accept service by e-mail of the Complaint on behalf of Teva Pharmaceuticals USA, Inc. A copy of the e-mail accepting service of the Complaint is attached as Exhibit A.

*/s/ Christine D. Haynes*
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
haynes@rlf.com

Sworn to and subscribed before me this 6th day of December, 2018

_____
Notary Public

My Commission Expires: 6/19/19

[Notary Seal: PATRICIANNE B. STEWART, MY COMMISSION EXPIRES JUNE 19, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, true and correct copies of the foregoing document were served, via e-mail, on the following:

John W. Shaw
Karen E. Keller
SHAW KELLER
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801

/s/ Christine D. Haynes
Christine D. Haynes (#4697)
haynes@rlf.com