# EXHIBIT A

| | |
|---|---|
| **From:** | Karen Keller <kkeller@shawkeller.com> |
| **Sent:** | Wednesday, December 5, 2018 2:28 PM |
| **To:** | Haynes, Christine D.; jshaw@shawkeller.com |
| **Cc:** | Cottrell, Fred; Farnan, Kelly E. |
| **Subject:** | RE: Collegium v. Teva, C.A. No. 18-1900-UNA |

Christine:

Yes, we are approved to accept service of the complaint. Thanks.

Karen

**From:** Haynes, Christine D. <haynes@rlf.com>
**Sent:** Tuesday, December 4, 2018 2:24 PM
**To:** John Shaw <jshaw@shawkeller.com>; Karen Keller <kkeller@shawkeller.com>
**Cc:** Cottrell, Fred <Cottrell@RLF.com>; Farnan, Kelly E. <Farnan@RLF.com>
**Subject:** Collegium v. Teva, C.A. No. 18-1900-UNA

John and Karen,
As you may be aware, Collegium filed a complaint against Teva on Friday.  Please let me know whether you will agree to accept service of the complaint, a copy of which is attached here.

Regards,
Christine

Christine D. Haynes
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Phone: (302) 651-7508
Fax: (302) 651-7701
E-mail: haynes@rlf.com